NUMBER 13-00-490-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


IN THE MATTER OF THE MARRIAGE OF ORALIA S.
RAMIREZ 
 AND JESUS RAMIREZ AND IN THE INTEREST 
OF JENNIFER JANIFF RAMIREZ

____________________________________________________________________


On appeal from the 206th District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam


 Appellant, JESUS RAMIREZ, perfected an appeal from a judgment
entered by the 206th District Court of Hidalgo County, Texas, in cause
number C-1936-99-D. After the record was filed, the parties filed a joint
motion to dispose of appeal. The parties jointly request that the final
decree of divorce entered on February 28, 2000, be reversed and that
this case be remanded to the trial court for further proceedings
consistent with the parties' settlement agreement. 

 The Court, having considered the documents on file and the joint
motion to dispose of appeal, is of the opinion that the motion should be
granted. The joint motion to dispose of appeal is granted. The
judgment of the trial court is REVERSED, and the cause is REMANDED
to the trial court for further proceedings consistent with the parties'
settlement agreement.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 15th day of February, 2001.